**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

_____

TREVALE MCCALL, :
: Civ. No. 18-15395(RMB-JS)
        Plaintiff :
v. :
: **MEMORANDUM AND ORDER**
CORRECTIONS OFFICER REPICE, :
:
        Defendant :
_____:

This matter comes before the Court upon Plaintiff's letter request (ECF No. 9) for an extension of time to serve the summons and complaint. On February 8, 2019, this Court screened Plaintiff's prisoner civil rights complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B); 1915A(b) and 42 U.S.C. § 1997e(c) and permitted the complaint to proceed. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff has until May 9, 2019 to have the summons and complaint served on Defendant. If Plaintiff needs an extension beyond that date, Rule 4(m) requires that he show good cause for the extension. Plaintiff has not provided a reason for his request for additional time.

**IT IS** therefore on this **12th** day of **April 2019,**

**ORDERED** that Plaintiff's letter request for an extension of time to serve the summons and complaint (ECF No. 9) is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on Plaintiff by regular U.S. mail.

          s/Renée Marie Bumb_____
          **RENÉE MARIE BUMB**
          **United States District Judge**